UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Denise McClain | ) | |
| | ) | |
| V. | ) | C.A. No. 13-768L |
| | ) | |
| Carolyn Colvin, Acting | ) | |
| Commissioner of Social Security | ) | |

O R D E R

The Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated December 18, 2014, recommending that the Commissioner's Motion for An Order Affirming the Decision of the Commissioner be denied and that Plaintiff's Motion to Reverse Without a Remand for a Rehearing or, Alternatively, With a Remand for a Rehearing of the Commissioner's Final Decision be GRANTED, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Judgment shall be entered in favor of the Plaintiff and the matter is remanded for further administrative proceedings consistent with the Magistrate's Report and Recommendation.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
January 29, 2015